IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOYKINS GEORGE JASPER,

       Plaintiff,                          No. 2:12-cv-01510-DAD P

    vs.

UNKNOWN,

       Defendant.                      <u>ORDER</u>

                                     /

          Plaintiff is a detainee at the Metropolitan State Hospital in Norwalk, California. Plaintiff has not filed a complaint or submitted the appropriate filing fee or an application to proceed in forma pauperis. On June 4, 2012, plaintiff initiated this action by filing a handwritten statement with the court which is difficult to comprehend. However, it appears from his submission that plaintiff is claiming a violation of his constitutional rights due to the conditions of his alleged detention at the Metropolitan State Hospital and that he is seeking monetary damages.

          Despite the lack of clarify concerning plaintiff's claims, the court has determined that venue over any civil rights action brought by plaintiff regarding the conditions at Metropolitan State Hospital is not proper in this court. This is because the Metropolitan State Hospital is located in Los Angeles County. Any complaint challenging the conditions at that

1

facility must therefore be filed with the U.S. District Court for the Central District of California. Therefore, plaintiff's case in this court will be administratively closed and plaintiff may file a proper civil rights complaint in the U.S. District Court for the Central District of California if he wishes to pursue this matter.

On June 20, 2012, plaintiff filed with the court a copy of a complaint form used by the California Office of Patients' Rights.  To the extent plaintiff has sought the appointment of counsel by the filing of that form with this court, the request will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to administratively closed this case; and

2. Plaintiff's June 20, 2012 request for the appointment of counsel (Doc. No. 3) is denied.

DATED: July 2, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
jas1510.close